AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SCOTT CAWTHON | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. |
| VU THE LONG a/k/a LONG VU & XSMART GLOBAL | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vu the Long a/k/a Long Vu, So 6 ngo 38, Nguyen Van Huyen, P. Quan Hoa Q. Cau Giay Ha Noi VN100000

XSmart Global, So 6 ngo 38, Nguyen Van Huyen, P. Quan Hoa Q. Cau Giay Ha Noi VN100000

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Anthony C. Gunst IV
   Nissenbaum Law Group, LLC
   2400 Morris Avenue, Suite 301
   Union, New Jersey 07083

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/30/2023                                                                /s/ P. Canales
                                                                                              *Signature of Clerk or Deputy Clerk*