NISSENBAUM LAW GROUP, LLC



NISSENBAUM LAW GROUP, LLC
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/29/24

GARY D. NISSENBAUM, ESQ.φ
LAURA J. MAGEDOFF, ESQ.□

NEELAM SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
ANTHONY C. GUNST IV, ESQ. Δ

AARON J. KESSELMAN, ESQ. ◊
MATTHEWS A. FLOREZ, ESQ. Δ
SUDHIT RAGHUPATHI, ESQ. Δ

SENIOR PARALEGALS
CAROLE ZEMPEL
KAITLYN SCHUMACHER

PARALEGALS
AMANDA MILLER
MITCHELL BRUMFIELD
GABRIEL A. DAVID

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ *Admitted in NJ, NY, PA, TX & DC*
□ *Admitted in NJ, NY, PA & TX*
○ *Admitted in NJ, NY & TX*
◊ *Admitted in NJ, FL & CO*
Δ *Admitted in NJ & NY*

MEETINGS BY APPOINTMENT ONLY

2/29/24

Conference rescheduled to May 29, 2024 At 10:45 AM

Colleen McMahon

February 27, 2024

**VIA ECF**

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: **Scott Cawthon v. Vu the Long, et al.;**
**Docket No.: 1:23-cv-10374**

Dear Judge McMahon:

Our firm represents plaintiff Scott Cawthon ("**Plaintiff**") in the above-captioned matter. We write regarding the pretrial conference currently scheduled for March 7, 2024 at 10:45 a.m.

Please be aware that on January 9, 2024 Plaintiff requested that the defendants Vu the Long a/k/a Long Vu and XSmart Global ("**Defendants**") waive formal service of the complaint and summons pursuant to Federal Rule of Civil Procedure 4(d). Therefore, assuming service of process is waived, Defendants' answer to the complaint (ECF 1) is not due until April 8, 2024, and Defendants are yet to formally appear in this action. Moreover, we have been in contact with the Defendants' counsel, Mr. Steven M. Zeller, Esq. of Dykema Gossett PLLC, and are actively pursuing settlement of this matter.

Accordingly, we respectfully request that the Court adjourn the March 7th conference to a date that is convenient for the Court and subsequent to April 8, 2024.

Thank you for your attention to this matter.

Respectfully submitted,

**NISSENBAUM LAW GROUP, LLC**

BY: *__/s/ Anthony C. Gunst, IV__*
Anthony C. Gunst, IV