

**NISSENBAUM**
LAW GROUP, LLC

# NISSENBAUM LAW GROUP, LLC
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. ⁹
LAURA J. MAGEDOFF, ESQ. ◻
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM SINGH, ESQ. ∆
RYAN N. FERNANDEZ, ESQ. ¹
FRANCINE M. CHILLEMI, ESQ. ∆
SALMA A. ATTIA, ESQ. ¹

SUDHIT RAGHUPATHI, ESQ. ∆

SENIOR PARALEGALS
CAROLE ZEMPEL
KAITLYN SCHUMACHER
PARALEGALS
AMANDA MILLER
GABRIEL A. DAVID



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2024

140 BROADWAY, 46ᵀᴴ FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7ᵀᴴ FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

⁹ *Admitted in NJ, NY, PA, TX & DC*
  *Admitted in NJ, NY, PA & TX*
∞ *Admitted in NJ, NY & PA*
◻ *Admitted in NJ, NY & TX*
∆ *Admitted in NJ & NY*
◊ *Admitted in NJ*

MEETINGS BY APPOINTMENT ONLY

May 29, 2024

## VIA ECF

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*OK, Conference adjourned 9/5/2024 at 10:00 am*

*Colleen McMahon*

*5/29/2024*

Re:  **Scott Cawthon v. Vu the Long, et al.;**
     **Docket No.: 1:23-cv-10374**

Dear Judge McMahon:

Our firm represents plaintiff Scott Cawthon ("**Plaintiff**") in the above-captioned matter. We write regarding the pretrial conference currently scheduled for May 29, 2024 at 10:45 a.m.

Please be aware that on January 9, 2024 Plaintiff requested that the defendants Vu the Long a/k/a Long Vu and XSmart Global ("**Defendants**") waive formal service of the complaint and summons pursuant to Federal Rule of Civil Procedure 4(d). Unfortunately, we have not received the waiver to date nor has an answer been filed. Accordingly, a pretrial conference is premature at this time.

However, we have been in contact with the Defendants' counsel, Mr. Steven M. Zeller, Esq. of Dykema Gossett PLLC, and continue to pursue settlement of this matter. We have a phone call scheduled for tomorrow to continue those conversations.

Accordingly, as discussed with Your Honor's Chambers, we respectfully request that the Court adjourn the May 29th conference to a date that is convenient for the Court.

Thank you for your attention to this matter.

Respectfully submitted,

**NISSENBAUM LAW GROUP, LLC**

BY: ___*/s/ Anthony C. Gunst, IV*_____
Anthony C. Gunst, IV