

**NISSENBAUM**
**LAW GROUP, LLC**

# NISSENBAUM LAW GROUP, LLC
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. ☐
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM SINGH, ESQ. ∆
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊

SENIOR PARALEGALS
   CAROLE ZEMPEL
   KAITLYN SCHUMACHER
PARALEGALS
   AMANDA MILLER
   GABRIEL A. DAVID

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ  Admitted in NJ, NY, PA, TX & DC
☐  Admitted in NJ, NY, PA & TX
∞  Admitted in NJ, NY & PA
○  Admitted in NJ, NY & TX
∆  Admitted in NJ & NY
◊  Admitted in NJ

MEETINGS BY APPOINTMENT ONLY

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8-28-24

MEMO ENDORSED

August 27, 2024

**VIA ECF**
Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement:]* 8/28/24 Conference rescheduled to Oct. 24, 2024 at 11:45 AM
*[Signed]* Colleen McMahon

Re:   **Scott Cawthon v. Vu the Long, et al.;**
      **Docket No.: 1:23-cv-10374**

Dear Judge McMahon:

Our firm represents plaintiff Scott Cawthon ("**Plaintiff**") in the above-captioned matter. We write regarding the pretrial conference currently scheduled for September 5, 2024 at 10:00 a.m.

Moreover, we have been in contact with the defendants Vu the Long a/k/a Long Vu and XSmart Global ("**Defendants**") counsel, Mr. Steven M. Zeller, Esq. of Dykema Gossett PLLC, and are still discussing settlement of this matter. Nevertheless, the defendants have not formally appeared in this matter. Accordingly, the pretrial conference would likely not be worthwhile at this time. Plaintiff intends to move forward with default if we are unable to settle the matter shortly.

Accordingly, we respectfully request that the Court adjourn the September 5th conference to a date that is convenient for the Court or otherwise set a deadline for Plaintiff to request default.

1

Thank you for your time and attention to this matter.

Respectfully submitted,

**NISSENBAUM LAW GROUP, LLC**

BY: *Anthony C. Gunst IV*
      Anthony C. Gunst, IV

2