

**NISSENBAUM**
**LAW GROUP, LLC**

**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
CHRIS ELLIS JR., ESQ. Δ
SALMA A. ATTIA, ESQ. ◊

JOSHUA K. RIFKIN, ESQ. •

SENIOR PARALEGALS
CAROLE ZEMPEL
KAITLYN SCHUMACHER
PARALEGALS
AMANDA MILLER
GABRIEL A. DAVID
ALEXANDRA LLAVERIAS

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ    Admitted in NJ, NY, PA, TX & DC
□    Admitted in NJ, NY, PA & TX
∞    Admitted in NJ, NY & PA
○    Admitted in NJ, NY & TX
Δ    Admitted in NJ & NY
•    Admitted in NJ & NC
◊    Admitted in NJ

MEETINGS BY APPOINTMENT ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2024

October 18, 2024

**VIA ECF**

Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

Re:    **Scott Cawthon v. Vu the Long, et al.;**
       **Docket No.: 1:23-cv-10374**

Dear Judge McMahon:

Our firm represents plaintiff Scott Cawthon ("**Plaintiff**") in the above-captioned matter. We write regarding the pretrial conference currently scheduled for October 24, 2024.

While we recently heard from defendants' counsel, we have not received a response to our latest settlement demand. Moreover, it appears defendants are refusing, after multiple requests, to sign a waiver of service. Similarly, it appears defendants have no interest in appearing in this case. Accordingly, we intend to file a motion for alternative service next week. That said, we respectfully request that the October 24th conference be adjourned.

*[handwritten notes:]* 10/21/2024 The conference will not be adjourned. These to be pleadings are a year old.

*[handwritten notes:]* If service has not yet been effectual, and no request for an extension was made, why should I not just dismiss it?

Case 1:23-cv-10374-CM    Document 16    Filed 10/18/24    Page 2 of 2

Furthermore, I am scheduled to present a CLE course on October 24th from 12:00 pm to 2:00 pm. For that additional reason, I respectfully request that the conference be adjourned.

We thank Your Honor again for your time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY: _/s/ Anthony C. Gunst IV_
        Anthony C. Gunst, IV