UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br><br>*Plaintiff,*<br><br>v.<br><br>VU THE LONG a/k/a LONG VU &<br>XSMART GLOBAL,<br><br>*Defendants.* | Civil Action No. 1:23-cv-10374-CM<br><br>**DEFAULT JUDGMENT**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/25/2025 |

This action having been commenced on November 28, 2023 by the filing of the Complaint and Request for Issuance of Summons [ECF Nos. 1, 3], and a copy of the Summons and Complaint having been served on defendants Vu The Long a/k/a Long Vu ("**Defendant**") and XSmart Global (collectively, "**Defendants**") via electronic mail (*longvuthe8888@gmail.com*), by Order granting alternative service [ECF No. 21] along with a copy of the Court's October 23, 2024 order [ECF No. 21]. Defendants, who are not located in the United States, not having filed an answer or motion under Rule 12 within ninety (90) days from October 23, 2024 [ECF No. 21] and default being entered against Defendants on January 29, 2025 [ECF No. 36], it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff Scott Cawthon ("**Plaintiff**") have judgment against Defendants in the amount of $ 49,500.00 with interest at ~~____~~% from ~~_____~~ 20~~__~~ amounting to $ ~~_____~~ .

IT IS FURTHER ORDERED that Defendants and their officers, agents, servants, employees, owners and representatives, and all other persons or entities shall:

- Disclose all websites and other locations where the Infringing Product—as defined in Plaintiff's moving brief—is sold;

- Disclose any and all products infringing upon Plaintiff's intellectual property;

- Disclose the means by which the Infringing Product is manufactured and where the manufacturing occurs;

- Turn over any and all of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;

- Provide an accounting of all inventory of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;

- Provide an accounting of any and all sales of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;

- Remove the Infringing Product and any and all other products infringing upon Plaintiff's intellectual property from any and all websites or other points of sale;

- Immediately cease any and all infringement of Plaintiff's intellectual property;

- File with this Court and serve upon Plaintiff within thirty (30) days of the entry of an injunction a written report under oath describing in detail the manner and form in which Defendants complied with the injunctive relief set forth in this section, pursuant to 17 U.S.C. § 503;

- Destroy infringing articles in the possession of the Defendants pursuant to 17 U.S.C. § 503;

- Pay pre-judgment interest to Plaintiff for Plaintiff's copyright claims; and

- Pay post-judgment interest to Plaintiff pursuant to 28 U.S.C. § 1961.

DATED: 25 September

_____
U.S.D.J.